GRAY, Respondent, *v.* ROCHESTER CITY & B. R. Co., Appellant.

*(Supreme Court, General Term, Fifth Department.   January 22, 1892.)*

No opinion.   Motion for reargument or for leave to appeal to the court of appeals denied.   See 15 N. Y. Supp. 927.

---

WHITMAN, Appellant, *v.* FOLEY *et al.*, Respondents.

*(Supreme Court, General Term, Fifth Department.   January 22, 1892.)*

No opinion.   Motion for a reargument denied.   For decision on appeal, see 16 N. Y. Supp. 23.

---

BRENNAN, Appellant, *v.* GRIFFITH, Respondent.

*(Common Pleas of New York City and County, General Term.   May 6, 1892.)*

Appeal from city court, general term.
Action against Margaret D. Brennan against Percival D. Griffith.
*W. L. O'Neill,* for appellant.   *Mr. Guggenheimer,* for respondent.
No opinion.   Appeal dismissed, with $10 costs and disbursements.   See 18 N. Y. Supp. 145.

---

CONOVER, Respondent, *v.* LENNON, Appellant.

*(Common Pleas of New York City and County, General Term.   May 6, 1892.)*

Appeal from city court, general term.
Action by David Conover against W. F. Lennon.
Argued before BOOKSTAVER and BISCHOFF, JJ.
*W. H. Gardner,* for appellant.   *Jas. Kearney,* for respondent.
No opinion.   Judgment affirmed, with costs.   See 18 N. Y. Supp. 162.

---

HAND, Respondent, *v.* SOCIETY FOR SAVINGS, Appellant.

*(Common Pleas of New York City and County, General Term.   May 6, 1892.)*

Appeal from city court, general term.
Action by Ellwood S. Hand against Society for Savings in the City of Cleveland.
Argued before BOOKSTAVER and BISCHOFF, JJ.
*W. M. Stafford,* for appellant.   *C. D. Hart Brown,* for respondent.
No opinion.   Judgment affirmed, with costs.   See 18 N. Y. Supp. 157.

---

LANAHAN *v.* DREW, (two cases.)

*(Common Pleas of New York City and County, General Term.   May 10, 1892.)*

Action by Samuel J. Lanahan against Edwin Dew.
Argued before BOOKSTAVER and BISCHOFF, JJ.
*T. D. Robinson,* for Lanahan.   *R. W. Hawkesworth,* for Dew.
No opinion.   Motion to dismiss appeal granted, with costs.   See 17 N. Y. Supp. 840.

---

CONOVER, Respondent, *v.* LENNON, Appellant.

*(Common Pleas of New York City and County, General Term.   May 12, 1892.)*

Action by David Conover against W. F. Lennon.
Argued before BOOKSTAVER and BISCHOFF, JJ.
*W. H. Gardner,* for appellant.   *James Kearney,* for respondent.